LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Far Eastern Shipping Co.



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FAR EASTERN SHIPPING CO.,

               Plaintiff,

  -against-

PROGRESS BULK CARRIERS, LTD.,

               Defendant.

------------------------------------------------------------x

**07 CV 11375**

**RULE 7.1 STATEMENT**

       Plaintiff, FAR EASTERN SHIPPING CO., by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it has no parent corporation, and that no other publicly-held corporation owns 10% or more of its stock.

Dated:    December 18, 2007

                                **LAW OFFICES OF SIMON HARTER, ESQ.**
                                Attorneys for Plaintiff,
                                FAR EASTERN SHIPPING CO.

        By:    _____
                          Simon Harter (SH-8540)
                          304 Park Avenue South – 11th Floor
                          New York, New York 10010
                          (212) 979-0250 (Phone)
                          (212) 979-0251 (Fax)