LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Far Eastern Shipping Co.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

JUDGE CROTTY

07 CV 11375

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FAR EASTERN SHIPPING CO.,

              Plaintiff,

  -against-

PROGRESS BULK CARRIERS, LTD.,              **ORDER APPOINTING**
                                                     **PROCESS SERVER**

              Defendant.
------------------------------------------------------------x

      Plaintiff, having moved for an Order pursuant to Fed.R.Civ. 4(c) appointing Gerald Weathers, or any other person appointed by Law Offices of Simon Harter, Esq., who is over 18 years of age and not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the Affirmation of Simon Harter, Esq., that such appointment will result in substantial economies of time and expense,

      **NOW**, on motion of Law Offices of Simon Harter, Esq., Attorneys for Plaintiff, it is

      **ORDERED**, that Gerald Weathers or any other partner / associate / paralegal employed in the ~~person at least 18 years of age~~ and or a licensed process server ~~not a party to this action, appointed~~ by Law Offices of Simon Harter, Esq., be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and

Garnishment, the Process of Maritime Attachment and Garnishment, any Supplemental Process, and a copy of the Verified Complaint on all garnishees as so permitted therein.

Dated:    December 21, 2007                    SO ORDERED:

                                               _____
                                                       Paul A. Crotty
                                                       U.S.D.J.

- 2 -