LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
PROGRESS BULK CARRIERS, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAR EASTERN SHIPPING CO.,

                     Plaintiff,

- against -

PROGRESS BULK CARRIERS, LTD.,

                     Defendant.
------------------------------------------------------------------X

**ECF CASE**

07 Civ. 11375 (PAC)

## RULE 7.1 DISCLOSURE STATEMENT

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant PROGRESS BULK CARRIERS, LTD., certifies upon information and belief that said defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: January 23, 2008

                                LYONS & FLOOD, LLP
                                Attorneys for Defendant
                                PROGRESS BULK CARRIERS, LTD.

By: _____
       Kirk M. Lyons (KL-1568)
       65 West 36th Street, 7th Floor
       New York, New York 10018
       (212) 594-2400