AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number:  07 Civ. 11375 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Progress Bulk Carriers, Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/24/2008 | /s/ Kirk M. Lyons |
| Date | Signature |
| | Kirk M. Lyons             KL-1568 |
| | Print Name                Bar Number |
| | 65 West 36th Street, 7th Floor |
| | Address |
| | New York        New York        10018 |
| | City             State            Zip Code |
| | (212) 594-2400        (212) 594-4589 |
| | Phone Number          Fax Number |