AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

## APPEARANCE

Case Number: 07 Civ. 11375 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Progress Bulk Carriers, Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/29/2008 | *[signature]* |
| Date | Signature |
| | Jon Werner — JW-5000 |
| | Print Name — Bar Number |
| | 65 West 36th Street, 7th Floor |
| | Address |
| | New York    NY    10018 |
| | City    State    Zip Code |
| | (212) 594-2400    (212) 594-4589 |
| | Phone Number    Fax Number |